**No. 09-10515. Evrol S. Dean, Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3378, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4563.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 179.

**No. 09-10518. Willie Edward Barnes, Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3378, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4431.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 412.

**No. 09-10521. Adrian Cawthon, Petitioner v. United States.**

560 U.S. 949, 130 S. Ct. 3379, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4464.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 345.

**No. 09-10523. Johnny P. Crockett, Petitioner v. United States.**

560 U.S. 949, 130 S. Ct. 3379, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4474.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-1186. John Errol Ferguson, et al., Petitioners v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

560 U.S. 949, 130 S. Ct. 3360, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4483.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 580 F.3d 1183.

**No. 09-1196. Eleanor Capogrosso, Petitioner v. New York State Commission on Judicial Conduct, et al.**

560 U.S. 949, 130 S. Ct. 3360, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4421.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 352 Fed. Appx. 456.

**No. 09-9940. Melvin Jones, Petitioner v. John Armstrong.**

560 U.S. 949, 130 S. Ct. 3367, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4553.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 367 Fed. Appx. 256.

**No. 09-10433. Darrel Lee Ferguson, Petitioner v. United States.**

560 U.S. 946, 130 S. Ct. 3372, 176 L. Ed. 2d 1263, 2010 U.S. LEXIS 4442.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 360 Fed. Appx. 969.